United States District Court
Southern District of Texas

**ENTERED**

June 16, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| DANIEL CARRERA CHAVARRIA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01025 |
| | § | |
| WARDEN, RIO GRANDE DETENTION | § | |
| CENTER, *et al.*, | § | |
| Respondents. | | |

### ORDER

Before the Court is Petitioner's Amended Petition for Writ of Habeas Corpus (Under 28 U.S.C. § 2241), (Dkt. No. 5). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names the Warden of the Rio Grande Detention Center; Miguel Vergara, Field Office Director of the San Antonio Field Office of ICE; David Venturella, Acting Director of ICE; U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; Todd Blanche, Acting Attorney General of the United States; and U.S. Department of Homeland Security, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the amended petition and serve their response on Petitioner **no later than June 23, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than June 30, 2026.**[1]

The Court **DIRECTS** the Clerk of Court to serve the amended Petition, (Dkt. No. 5), its attachments, and this Order on the United States Attorney for the Southern District of Texas via electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least seven (7) days before any such transfer. The parties are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on June 16, 2026.

John A. Kazen
United States District Judge